AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:18-CV-00038-DC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GILLES C. AMAJOYI
was received by me on *(date)* 05/29/2018

☑ I personally served the summons on the individual at *(place)* 11637 ROBIN DR. FONTANA, CA
on *(date)* 05/29/2018 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 177.00 for travel and $ 0.00 for services, for a total of $ 177.00.

I declare under penalty of perjury that this information is true.

05/31/2018
Date

*Server's signature*

JOSE SOLIS - Registered California process server
*Printed name and title*

Registered California process server Los Angeles county #
2014093829
P.O. Box 2122 West Covina, CA 91793
*Server's address*

Additional information regarding attempted service, etc:
Additional documents served: Complaint; Civil cover sheet; Exhibits

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**SCOTTSDALE INDEMNITY COMPANY,**
*Plaintiff*

V.                                        Civil Action No. **7:18-CV-00038-DC**

**ALL WEATHER TRANSPORT, LLC, ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  Gilles C. Amajoyi
     11637 Robin Drive
     Fontana, CA 92337

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kurt G. Paxson
> Mounce, Green, Myers, Safi, Paxson & Galatzan
> Post Office Drawer 1977
> El Paso, TX 79999-1977

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/LOREE WAITHE**
DEPUTY CLERK



ISSUED ON 2018-03-06 15:18:04