## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* All Weather Transport, LLC
was received by me on *(date)* 5-24-18.

☒ I personally served the summons on the individual at *(place)* 1519 Wyoming El Paso, TX 79902 on *(date)* 5-30-18 11:45 AM

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MARIA GARCIA, who is designated by law to accept service of process on behalf of *(name of organization)* All Weather Transport, LLC / Truck Process Agents of America, Inc. on *(date)* 5-30-18 ; or At 11:45 AM

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify): _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: May 30, 2018

_____
Server's signature

Mioca Aenson Process Server
Printed name and title

2426 Montana Ave, El Paso, TX 79902
Server's Address

Additional information regarding attempted sevice, etc:

Case 7:18-cv-00038-DC Document 15 Filed 06/06/18 Page 2 of 2
Case 7:18-cv-00038-DC Document 12 Filed 05/29/18 Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

SCOTTSDALE INDEMNITY COMPANY,
*Plaintiff*

V.  Civil Action No. **7:18-CV-00038-DC**

ALL WEATHER TRANSPORT, LLC, ET AL.,
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  All Weather Transport, LLC
through registered agent
Truck Process Agents of America, Inc.
Maria Garcia
1519 Wyoming, El Paso, Texas 79902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kurt G. Paxson
> Mounce, Green, Myers, Safi, Paxson & Galatzan
> Post Office Drawer 1977
> El Paso, TX 79999-1977

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT

**s/JAYE KISSLER**
DEPUTY CLERK

ISSUED ON 2018-05-29 14:39:29